Petition12C – Rev. 6/18

☒ FILED ☐ LODGED

Sep 04 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant to Revoke Supervised Release

T-SEALED

Name of Offender: **Lionel Shorty** Case No.: **CR-22-08022-001-PCT-DWL**

Name of Judicial Officer: **The Honorable Dominic W. Lanza**
**United States District Judge**

Date of Original Sentence: **3/13/2023**

Original Offense: **Count 3: CIR-Assault Resulting in Substantial Bodily Injury of an Intimate Partner, U.S.C. §§ 1153 and 113(a)(7), a Class D Felony**

Original Sentence: **60 months Bureau of Prisons, 36 months supervised release**

Type of Supervision: **Supervised Release** Date Supervision Commenced: **6/18/2026**
Date Supervision Expires: **6/17/2029**

Assistant U.S. Attorney: **Dimitra Hotis Sampson**
**602-514-7500**

Defense Attorney: **Ian Ormsby Bucon**
**602-382-2700**

---

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Lionel Shorty has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| **A** | **Mandatory Condition #1** which states, You must not commit another federal, state or local crime. |

1. On or about September 3, 2026, Shorty committed the state crimes of assault (2 counts), and disorderly conduct (2 counts), all misdemeanor offenses, as evidenced by testimony of a Flagstaff Police officer and testimony of the probation officer. Grade C violation. U.S.S.G. §7C1.1(a)(3).



**CC: USM & PROB**

2. On or about September 3, 2026, Shorty committed the state crime of Disorderly Conduct with a Weapon, a felony offense, as evidenced by testimony of a Flagstaff Police officer and testimony of the probation officer. Grade B violation. U.S.S.G. §7C1.1(a)(2).

B **<u>Special Condition #5</u>** which states, You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You shall contribute to programming costs in an amount determined by the probation officer.

On or about September 3, 2026, Shorty was arrested by Flagstaff Police at Working Alternatives Residential Reentry Center, in Flagstaff, Arizona, resulting in termination from the program, as evidenced by testimony of the probation officer and a communication from Working Alternatives Residential Re-entry Center. Grade C violation. U.S.S.G. §7C1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Lionel Shorty has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Shorty is alleged to have committed a new violent crime and poses a risk for committing future violent crime. Further, Shorty is in the custody of another authority, awaiting disposition on separate charges.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

Matthew Gjurgevich — 9/3/2026
Date

Matthew Gjurgevich
U.S. Probation Officer
Office: 928-286-5773
Cell: 928-547-3209

/For/ Aurelia Barlow — 9/3/2026
Date

/For/ Aurelia Barlow
Supervisory U.S. Probation Officer
Office: 928-286-5760
Cell: 480-486-5467

The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2026.09.04 05:18:12 -07'00'

United States Magistrate Judge Camille D. Bibles
For United States District Judge Dominic W. Lanza

Date