# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Lionel Shorty,

Defendant.

No. CR-22-08022-PCT-DWL

**ORDER**

On October 1, 2026, Magistrate Judge John Z. Boyle issued "Findings and Recommendation of the Magistrate Judge Upon Admission." Magistrate Judge Boyle recommended that the District Judge accept the Defendant's admission. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1). The Court accepts the Recommendation of Magistrate Judge Boyle. Accordingly,

**IT IS HEREBY ORDERED** accepting the Defendant's admission.

Dated this 16th day of October, 2026.

Dominic W. Lanza
United States District Judge